UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 16 Cr. 44 (KPF) |
| JOSE LORA, | SCHEDULING ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Due to a scheduling conflict created by this Court's schedule, the sentencing previously scheduled for December 19, 2019, at 3:00 p.m. is hereby ADJOURNED to **February 20, 2020, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendant's sentencing submission shall be filed two weeks prior to sentencing. The Government's sentencing submission shall be filed on week prior to sentencing.

    SO ORDERED.

Dated: December 5, 2019
       New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge