UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :    CONSENT PRELIMINARY ORDER
                                       OF FORFEITURE AS TO
      - v. -                      :    SPECIFIC PROPERTY/
                                       MONEY JUDGMENT
                                  :
JOSE LORA,
      a/k/a "Che,"               :    S4 16 Cr. 44 (KPF)


              Defendant.          :

- - - - - - - - - - - - - - - - - X

          WHEREAS, on or about December 7, 2018, a two-count

superseding Indictment, S4 16 Cr. 44 (KPF) (the "Indictment") was

unsealed against JOSE LORA, a/k/a "Che," (the "defendant"),

charging him with participating in a conspiracy to traffic heroin

and cocaine, in violation of Title 21, United States Code, Sections

841(b)(1)(A) and 846 (Count One); and participating in a conspiracy

to import heroin and cocaine into the United States, in violation

of Title 21, United States Code, Sections 952(a), 960(a)(1), and

963 (Count Two);

          WHEREAS, the Indictment included a forfeiture allegation

as to Count One, seeking forfeiture to the United States, pursuant

to Title 21, United States Code, Section 853, of any and all

property, real and personal, that constitutes or is derived from

proceeds traceable to the commission of the offense charged in

Count One of the Indictment; including but not limited to a sum of

money in United States currency representing the amount of proceeds

traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about August 13, 2019, the defendant pled guilty to a lesser included offense of Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit a sum of money equal to $2.5 million in United States currency, representing the amount of proceeds traceable to the commission of the offenses charged in Count One of the Indictment (the "Money Judgment");

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $2.5 million in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Count One;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney Max Nicholas, of counsel, and the defendant, and his counsel, David Wikstrom, Esq. that:

1.    As a result of the offense charged in Counts One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $2.5 million in United States currency shall be entered against the defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture as to Money Judgment, this Consent Preliminary Order of Forfeiture as to Money Judgment is final as to the defendant, JOSE LORA, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007, and shall include the defendant's name and case number.

4.     Upon entry of this Consent Preliminary Order of Forfeiture as to Money Judgment and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service, shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture as to Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

7.    The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture as to Money Judgment to Assistant United States Attorney Andrew Adams, Co-Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture as to Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____          3/12/20
    MAX NICHOLAS                              DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212)637-1565

JOSE LORA

By: _____          3/12/20
    JOSE LORA                                 DATE

By: _____          3/12/20
    DAVID WIKSTROM, ESQ.                      DATE

SO ORDERED:

_____              3/12/2020
HONORABLE KATHERINE POLK FAILLA              DATE
UNITED STATES DISTRICT JUDGE

5