UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>JOSE LORA,<br><br>                              Defendant. | 16 Cr. 44 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 9, 2022, Defendant Jose Lora filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Dkt. #211).  The Government is directed to file an opposition to Mr. Lora's motion for compassionate release on or before March 14, 2022.

SO ORDERED.

Dated: February 11, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge